IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Herbert Demond York, #369211, | ) | C/A No.: 1:16-3972-RMG-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Ofc. T. Starks; Ofc. Lovine; Major Jackson; and Juan Estrada | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' motion [ECF No. 45] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

It appearing to the court that Defendants' request is reasonable and proper, Defendants' motion is granted. Defendant is granted leave to take the deposition of Plaintiff, Herbert Demond York, #369211, on Monday, May 22, 2017, at 1:00 p.m. at Broad River Correctional Institution.

IT IS SO ORDERED.

May 17, 2017
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge