IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Herbert Demond York, #369211, | C/A No.: 1:16-cv-03972-RMG |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR SUBSTITUTION OF COUNSEL** |
| Ofc. T. Starks, Ofc. Lovine, Major Jackson, and Juan Estrada, | |
| Defendants. | |

Upon the motion by Defendants, Ofc. T. Starks, Ofc. Lovine, Major Jackson, and Juan Estrada ("Defendants"), by and through their undersigned counsel, it is hereby ordered that Daniel R. Settana Jr. of The McKay Firm, P.A. is substituted as counsel for Charles A. Kinney as counsel for Defendants.

The Clerk of Court is hereby directed to remove Mr. Kinney from the court docket as counsel for the Defendants, and that Daniel R. Settana, Jr. be substituted as the counsel of record.

IT IS SO ORDERED.

_____
Richard M. Gergel
U.S. District Judge

November 6, 2017
Charleston, South Carolina